

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LAWRENCE GILLIAM,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES YATES, Warden,<br><br>    Respondent. | Case No. CV 08-535-FMC (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///
///
///

1 | IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 | this Order and the Judgment of this date on petitioner.
3 | DATED: *March 21, 2008*

*/s/ Florence-Marie Cooper*
FLORENCE-MARIE COOPER
United States District Judge