

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LAWRENCE GILLIAM,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES YATES, Warden,<br><br>    Respondent. | Case No. CV 08-535-FMC (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: March 21, 2008

FLORENCE-MARIE COOPER
United States District Judge